AO 442 (Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

SALVADOR DIAZ

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 0 1 1 - M - 0 1

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>SALVADOR DIAZ</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing conspire to transfer an identification document, authentication feature, or false identification document knowing that such document or feature was stolen or produced without lawful authority.

in violation of Title __18__ United States Code, Section(s) § 1028(a)(2) and (f).

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Title of Issuing Officer

JAN 1 9 2008   District of Columbia
Date and Location

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Bail fixed at $ _[Hold]_   by _[signature]_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>1/24/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>1/24/08 | GERARD YOUNG, DUSM | _[signature]_ |