AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

__for the__ DISTRICT OF __Columbia__

**FILED**

FEB 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

__Salvadoe Diaz__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: __08-011-m-01__

I, __Salvadoe Diaz__, charged in a (complaint) (petition) pending in this District with __Conspiracy to produce fraudulent I.D. Documents__ in violation of Title __18__, U.S.C., __1028 (a)(2)(c)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

__SALVADOR DIAZ__
Defendant

__2/6/08__
Date

_[signature]_
Counsel for Defendant