UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-011-M-01 |
| | : | |
| v. | : | |
| | : | |
| SALVADOR DIAZ, | : | |
| Defendant. | : | |

**JOINT MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests the Court to reschedule the status hearing currently scheduled for April 9, 2008. In support of its motion, the government submits the following:

1.  On February 6, 2008, after defendant waived his right to a preliminary hearing, Magistrate Judge Alan Kay scheduled a status hearing for February 22, 2008.

2.  On February 22, 2008, Magistrate Judge Kay granted defendant's oral motion to exclude thirty-eight (38) days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. The parties explained that additional time was required to explore the possibility that this case may be disposed without the necessity of presenting the matter to the grand jury. Thereafter, a status hearing was scheduled for April 1, 2008, before Magistrate Judge Deborah Robinson.

3.  On March 21, 2008, the parties filed a joint motion to continue the status hearing and to exclude time pursuant to the Speedy Trial Act. On March 26, 2008, Magistrate Judge John M. Facciola signed an order rescheduling the status hearing for April 9, 2008, and excluding seven additional days in computing the time within which an indictment must be filed

pursuant to the Speedy Trial Act.

4. The parties met on April 1, 2008, and agreed that more time is needed to discuss a pre-indictment disposition of this matter. Therefore, the parties seek a continuance of the April 9, 2008 status hearing until May 2, 2008. Both parties are available on May 2, 2008, at 3 p.m.

WHEREFORE the parties jointly request a continuance of the status hearing from April 9, 2008, to May 2, 2008, at 3 p.m. The parties also jointly request that the Court find that the interests of justice will be served by excluding an additional twenty-four (24) days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia

By: _____/s/_____
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Assistant United States Attorneys
(202) 514-9832
Ellen.Chubin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, a copy of the foregoing was served by fax upon Brian McDaniel, Esq., FAX (202) 331-7004.

_____/s/_____
Ellen Chubin Epstein
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-011-M-01 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **SALVADOR DIAZ,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 9, 2008 to May 2, 2008,

IT IS HEREBY ORDERED that, the status hearing is rescheduled for May 2, 2008 at 3:00 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, twenty-four (24) additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this _____ day of _____, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE

cc:   Ellen Chubin Epstein
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C. 20530

Brian McDaniel, Esq.
McDaniel & Associates
1211 Connecticut Ave., NW, Suite 506
Washington, DC 20036

Case 1:08-cr-00139-RJL    Document 7-2    Filed 04/02/2008    Page 2 of 2