AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Salvador Diaz

WAIVER OF INDICTMENT

CASE NUMBER: 08-139(RJL)

I, _Salvador Diaz_, the above named defendant, who is accused of

**FILED**

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/20/08___ prosecution by indictment and consent that the
                               Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer